FILED: February 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4458

_____

UNITED STATES OF AMERICA,

　　　　Plaintiff – Appellee,

v.

MAURICE OWEN WILEY, JR., a/k/a Tweet,

　　　　Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed February 15, 2024, as follows:

On page 21, in the second line of the second paragraph, "interest commerce" is changed to "interstate commerce."

　　　　　　　　　　For the Court--By Direction

　　　　　　　　　　/s/ Nwamaka Anowi, Clerk